# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MINNESOTA

| | |
|---|---|
| STEPEHN BUSHANSKY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 0:17-cv-01883-DWF-BRT ) |
| ONEBEACON INSURANCE GROUP, LTD., T. MICHAEL MILLER, LOWNDES A. SMITH, REID T. CAMPBELL, MORGAN W. DAVIS, LOIS W. GRADY, IRA H. MALIS, G. MANNING ROUNTREE, PATRICK A. THIELE, and KENT D. URNESS, | ) ) **CLASS ACTION** ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF
## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff, by his counsel, hereby withdraws his Motion for a Preliminary Injunction (the "Injunction Motion") filed with the Court on June 26, 2017 (No. 6), and respectfully requests that the hearing on the Injunction Motion currently scheduled for July 10, 2017 at 9:00 a.m. be removed from the Court's calendar.

Counsel for the plaintiff's have informed counsel for the defendant's of the withdrawal of the Injunction Motion.

.

Dated: July 7, 2017                                            **ALTMAN & IZEK**

                                                    By:   */s/ Adam Altman*
                                                          Adam Altman
**OF COUNSEL:**                                           Douglas B. Altman
                                                          901 North Third Street, Suite 140
**WEISSLAW LLP**                                          Minneapolis, MN 55401
Richard A. Acocelli                                       Telephone:  (612) 335-3700
1500 Broadway, 16th Floor                                 E-Mail: adam@altmanizek.com
New York, NY 10036
(212) 682-3025                                            *Attorneys for Plaintiff*