UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen Bushansky, | Civil No. 17-1883 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| OneBeacon Insurance Group, Ltd.; T. Michael Miller; Lowndes A. Smith; Reid T. Campbell; Morgan W. Davis; Lois W. Grady; Ira H. Malis; G. Manning Rountree; Patrick A. Thiele; and Kent D. Urness, | |
| Defendants. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on August 4, 2017, (Doc. No. [25]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  August 7, 2017         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge